USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANTIAGO GONZALEZ,                                  :      19 Civ. 8858 (LTS) (RWL)
                                                    :
                Plaintiff,        :      **ORDER**
                                                    :
     - against -                                 :
                                                    :
LOOMIS ARMORED US, LLC, et al.,                     :
                                                    :
                Defendant.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By September 21, 2020, the parties shall file a joint letter briefly updating the Court on the status of the instant matter.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated:       September 11, 2020
                 New York, New York

Copies transmitted to all counsel of record.