USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
SANTIAGO GONZALEZ,                                         :        19 Civ. 8858 (LTS) (RWL)
                                                           :
                              Plaintiff,                   :        **ORDER**
                                                           :
            - against -                                    :
                                                           :
LOOMIS ARMORED US, LLC, et al.,                            :
                                                           :
                              Defendant.                   :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for, among other purposes, settlement. In their most recent status letter (Dkt. 21), the parties have requested a settlement conference be held after November 30, 2020, the deadline for discovery. Accordingly, the parties shall coordinate with each other and my Deputy Clerk, who will reach out to the parties, to schedule a settlement conference.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    November 4, 2020
          New York, New York

Copies transmitted to all counsel of record.